# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| United States of America, | ) |
|                     Plaintiff, | ) |
| vs. | ) No. 01-0007-01-CR-W-FJG |
| Salim Ahmad Salti, | ) |
|                     Defendant. | ) |

## ORDER

Defendant's motion for early termination of supervised release (Doc. #122), filed July 12, 2005, is denied.

                                                                  /s/Fernando J. Gaitan, Jr.
                                                                    United States District Judge

Dated:   August 3, 2005
Kansas City, Missouri